IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CODY MARBLE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MISSOULA COUNTY, MICHAEL McMEEKIN, BRAD GIFFIN, JEREMY MEEDER, MICHAEL DOMINICK, ROBERT TAYLOR, MISSOULA COUNTY SHERIFF'S OFFICE, FRED VAN VALKENBURG, JENNIFER CLARK, fka JENNIFER JOHNSON, DOROTHY BROWNLOW, ANDREW PAUL, MISSOULA COUNTY ATTORNEY'S OFFICE, and JOHN DOES 1-5,<br><br>　　　　　　Defendants. | CV 20-89-M-DLC-KLD<br><br>ORDER OF RECUSAL |

　　　I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington Lohn and Robinson. Accordingly, I ask that this case be reassigned.

IT IS FURTHER ORDERED that the preliminary pretrial conference scheduled in this matter for August 25, 2020, at 10:00 a.m. is VACATED. The preliminary pretrial conference will be reset once this matter is reassigned.

DATED this 26th day of June, 2020.

/s/ Kathleen L. DeSoto
Kathleen L. DeSoto
United States Magistrate Judge