IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| CODY MARBLE, | |
|---|---|
| Plaintiff, | CV 20–89–M–DLC |
| vs. | |
| MISSOULA COUNTY et al., | ORDER |
| Defendants. | |

Before the Court is Prosecuting Defendants' Unopposed Motion to Dismiss Defendant Jennifer Johnson Clark, Pursuant to Mont. Code Ann. § 2-9-205. (Doc. 47.) Defendants ask this Court to dismiss Defendant Johnson Clark with prejudice arguing that she is immune from suit under Montana law. (Docs. 47 at 2; 48 at 3–5.) Although this would ordinarily be a matter for summary judgment, Defendants represent that Plaintiff does not oppose the motion. (Doc. 47 at 2.) Accordingly,

IT IS ORDERED that the Motion (Doc. 47) is GRANTED. Defendant Johnson Clark is DISMISSED with prejudice.

DATED this 29th day of June, 2021.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court