IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CODY MARBLE, | CV 20–89–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MISSOULA COUNTY, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Unopposed Rule 41(a)(2) Motion to Dismiss Without Prejudice (Doc. 51).   Good cause appearing, the motion is GRANTED.

IT IS ORDERED that this action is DISMISSED without prejudice.   All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 2nd day of September, 2021.

Dana L. Christensen, District Judge
United States District Court

–1–